**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL-___- In re Recore Antitrust Litigation

## SCHEDULE OF ACTIONS

| | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1 | **Plaintiff:**<br>DPF Alternatives, LLC<br><br>**Defendants:**<br>DET Diesel Emission Technologies, LLC; Synergy Catalyst, LLC | D. Colorado | 1:23-02860 | S. Kato Crews, presiding<br><br>N. Reid Neureiter, referral |
| 2 | **Plaintiff:**<br>Iron Horse Transport, LLC dba DPF Alternatives of Roanoke<br><br>**Defendants:**<br>DET Diesel Emission Technologies, LLC; Synergy Catalyst, LLC | W.D. Virginia (Roanoke) | 7:23-00791 | Michael F. Urbanski, presiding<br><br>C. Kailani Memmer, referral |
| 3 | **Plaintiff:**<br>RTR DPF, LLC<br><br>**Defendants:**<br>DET Diesel Emission Technologies, LLC; Synergy Catalyst, LLC | N. Texas (Ft. Worth) | 4:24-00030 | Mark Pittman |
| 4 | **Plaintiff:**<br>JGD Filters, LLC<br><br>**Defendants:**<br>DET Diesel Emission Technologies, LLC; Synergy Catalyst, LLC | S. Texas (Houston) | 4:24-00061 | George C. Hanks, Jr. |